UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>KURT MICHAEL KROL,<br><br>            Defendant. | Case No.  CR22-0017RSM<br><br>ORDER ON DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

THE COURT having considered the *pro se* motion of defendant KURT MICHAEL KROL (Dkt #4), the response of the government, and the records and files herein, hereby makes the following findings:

Pursuant to 18 U.S.C. § 3583(e)(1), after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6) and (a)(7), the Court finds that due to the conduct of the defendant and in the interest of justice,

///

///

///

///

ORDER - 1

IT IS ORDERED that the Defendant's term of supervised release previously imposed by the Court is terminated and defendant is hereby discharged.

DATED this 24th day of January, 2024.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 2